1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11  PHUC QUOC LY,                          )    Case No. SACV 06-858-JHN (OP)
                                          )
12                       Petitioner,       )    ORDER ADOPTING FINDINGS,
                                          )    CONCLUSIONS, AND
13            v.                           )    RECOMMENDATIONS OF
                                          )    UNITED STATES MAGISTRATE
14  ROBERT A. HOREL, Warden,              )    JUDGE
                                          )
15                       Respondent.       )
                                          )
16  _____       )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18  file, the Report and Recommendation of the United States Magistrate Judge, and

19  Petitioner's Objections thereto.  The Court has engaged in a de novo review of those

20  portions of the Report and Recommendation to which Petitioner has objected

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1      IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) directing that Judgment be entered denying the

3   Petition and dismissing this action with prejudice.

4

5

6   DATED:   May 3, 2012

7                                              HONORABLE JACQUELINE H. NGUYEN
                                                United States District Judge

8

9

10  Prepared by:

11

12

13  HONORABLE OSWALD PARADA
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28