-O    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHUC QUOC LY, | Case No. SACV 06-858-JHN (OP) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 3, 2012

HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge